# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Jodi Holmes, | ) | CASE NO.:   5:19-cv-02556 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| Defendant. | ) | **MEMORANDUM OPINION AND** |
| | ) | **ORDER** |

The Magistrate Judge for this matter submitted a Report and Recommendation recommending that this Court reverse and remand the Commissioner's decision for further proceedings. (R. & R., ECF No. 16.)

Under Federal Rule of Civil Procedure 72(b), if the parties wish to object to the proposed findings and recommendation, they must do so by filing specific written objections within the fourteen (14) days following service of the Report and Recommendation. Neither party submitted objections. Further review by this Court at this time would be a duplicative and inefficient use of this Court's resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991). Accordingly, the Magistrate Judge's Report and Recommendation is hereby adopted. (R. & R., ECF No. 16.) The decision of the Commissioner is hereby REVERSED and REMANDED for further proceedings.

IT IS SO ORDERED.

DATE: November 17, 2020         /s/ John R. Adams
                                Judge John R. Adams
                                UNITED STATES DISTRICT COURT